# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER HAN,<br><br>    Plaintiff,<br><br>v.<br><br>SS SMILE LIMO, LLC, HANMAEUM LIMO, LLC, KIL WOO KIM, SUNG JUN PARK,<br><br>    Defendants. | Civil Action No. 18-15365 (SDW) (LDW)<br><br>**ORDER**<br><br>March 13, 2019 |

  **THIS MATTER** having come before the Court by way of Plaintiff Jennifer Han's ("Plaintiff") Motion for Default Judgment against Defendants SS Smile Limo, LLC and Sung Jun Park pursuant to Federal Rule of Civil Procedure 55(b), and this Court having carefully reviewed and considered Plaintiff's submissions, and

  **WHEREAS** the motion refers to exhibits that are not attached; and

  **WHEREAS** Plaintiff must submit an affidavit detailing the proposed damages; and

  **WHEREAS** Plaintiff must also submit a proposed order pursuant to Local Civil Rule 7.1(e);

  **IT IS, on this 13th day of March, 2019,**

  **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 9) is **DENIED** without prejudice.

  **SO ORDERED**.

                     /s/ Susan D. Wigenton
                     Hon. Susan D. Wigenton
                     United States District Judge

Orig: Clerk
cc: Leda Dunn Wettre, U.S.M.J.
Parties